NEW YORK STATE CRIME VICTIMS BOARD, Respondent, v BRUCE LORICK, Appellant.

Submitted September 22, 2008; decided October 23, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.